O

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTOINE G. ALWAN; AMAL N. ALWAN; ALWAN INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-8185-ODW(SS)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

On December 19, 2016, Plaintiff filed a Notice of Settlement stating that he would file a voluntary dismissal within 30 days. (ECF No. 11.) 30 days have since passed without such dismissal filed. In light of this, the Court hereby **ORDERS** plaintiff **TO SHOW CAUSE**, in writing, by February 6, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. Failure to respond to this Order will result in dismissal of the case.

**IT IS SO ORDERED.**

January 23, 2017

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**